JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIUYAN NIU,<br><br>    Plaintiff,<br><br>    v.<br><br>JADDOU UR MENDOZA, ET AL.,<br><br>    Defendants. | Case No.  2:23-cv-1222-JLS-RAO<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY THE CASE PENDING ADJUDICATION OF APPLICATION (Doc. 9)** |

The Court, having read and considered the Joint Stipulation to Stay the Case Pending Adjudication of Application submitted by the parties (Doc. 9), and finding good cause therefor, HEREBY ORDERS that the instant action shall be stayed until March 13, 2024.  No later than that date, Plaintiff shall file a notice of dismissal or status report in the action.

**IT IS SO ORDERED.**

DATED: May 16, 2023

JOSEPHINE L. STATON
_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE